B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**District of Connecticut** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Petroleum & Franchise Capital, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-8364140** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**33 Mill Plain Road**<br>**Danbury, CT**      ZIP Code **06811** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**                    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                 **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Petroleum & Franchise Capital, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>      Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Petroleum & Franchise Capital, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
 Signature of Debtor

**X** _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

**Signature of Attorney\***

**X  /s/ James Berman** _____
 Signature of Attorney for Debtor(s)

 **James Berman ct06027 and Craig I. Lifland ct00976**
 Printed Name of Attorney for Debtor(s)

 **Zeisler & Zeisler, P.C.**
 Firm Name

 **558 Clinton Avenue**
 **Bridgeport, CT 06605**

_____
 Address

 **(203) 368-4234  Fax: (203) 367-9678**
 Telephone Number

 **June 23, 2010**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Kenneth Siranko** _____
 Signature of Authorized Individual

 **Kenneth Siranko**
 Printed Name of Authorized Individual

 **Authorized Officer**
 Title of Authorized Individual

 **June 23, 2010**
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

**X** _____

_____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## STATEMENT OF CORPORATE AUTHORITY

I, Stanley A. Moskowitz, do hereby certify that I am a member and director of Petroleum & Franchise Capital LLC (the "Company"), a limited liability company organized and existing under and by virtue of the laws of the State of Delaware.  I further certify that on June 23, 2010, the Board of Directors of the Company unanimously approved the filing of a petition for relief under Chapter 11, Title 11, as being in the best interest of the Company.

I do further certify that said resolutions have not been altered, amended, or repealed, and are now in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 23rd day of June, 2010.

Name: Stanley A. Moskowitz
Title: Director and Member of Petroleum &
        Franchise Capital, LLC

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Petroleum & Franchise Capital, LLC**                                    Case No. _____

                                                    Debtor(s)                    Chapter   **11**   _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Stanley A. Berg**<br>**24 Red Roof Drive**<br>**Port Chester, NY 10573** | **Stanley A. Berg**<br>**24 Red Roof Drive**<br>**Port Chester, NY 10573** | | | **450,000.00** |
| **Day Pitney, LLP**<br>**Attn Ronald S. Beacher**<br>**7 Times Square**<br>**New York, NY 10036-7311** | **Day Pitney, LLP**<br>**Attn Ronald S. Beacher**<br>**7 Times Square**<br>**New York, NY 10036-7311** | **legal services** | | **309,000.00** |
| **Sidley Austin, LLP**<br>**Attn T.J. Gordon**<br>**787 Seventh Avenue**<br>**New York, NY 10019** | **Sidley Austin, LLP**<br>**Attn T.J. Gordon**<br>**787 Seventh Avenue**<br>**New York, NY 10019** | **services** | | **39,304.78** |
| **O'Neil Cannon Hollman DeJong S**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**111 East Wisconsin Avenue**<br>**Suite 1400**<br>**Milwaukee, WI 53202** | **O'Neil Cannon Hollman DeJong S**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**111 East Wisconsin Avenue**<br>**Milwaukee, WI 53202** | **legal services** | | **19,772.74** |
| **Anthem Blue Cross Blue Shield**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**370 Bassett Rd**<br>**North Haven, CT 06473** | **Anthem Blue Cross Blue Shield**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**370 Bassett Rd**<br>**North Haven, CT 06473** | **medical insurance** | | **14,813.76** |
| **Brown & Brown of Garden City**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**595 Stewart Avenue**<br>**Garden City, NY 11530** | **Brown & Brown of Garden City**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**595 Stewart Avenue**<br>**Garden City, NY 11530** | **insurance** | | **7,039.00** |
| **Clark Hill PLC**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**150 N. Michigan Avenue**<br>**Suite 2700**<br>**Chicago, IL 60601** | **Clark Hill PLC**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**150 N. Michigan Avenue**<br>**Chicago, IL 60601** | **legal services** | | **5,719.38** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Petroleum & Franchise Capital, LLC**                                Case No. _____
<br>                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Meinzer & Babineaux**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**9190 Wicker Avenue**<br>**PO Box 111**<br>**Saint John, IN 46373** | **Meinzer & Babineaux**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**9190 Wicker Avenue**<br>**Saint John, IN 46373** | **legal services** | | **2,533.70** |
| **Lease Team**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**4139 S. 143rd Circle**<br>**Omaha, NE 68137** | **Lease Team**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**4139 S. 143rd Circle**<br>**Omaha, NE 68137** | **services** | | **2,037.31** |
| **Old Gate Consulting, LLC**<br>**Attn Bart Henderson**<br>**2 Old Gate Lane**<br>**Newtown, CT 06470** | **Old Gate Consulting, LLC**<br>**Attn Bart Henderson**<br>**2 Old Gate Lane**<br>**Newtown, CT 06470** | **services** | | **947.11** |
| **The Hartford**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**301 Woods Park Drive**<br>**Clinton, NY 13323** | **The Hartford**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**301 Woods Park Drive**<br>**Clinton, NY 13323** | **insurance** | | **722.56** |
| **National Registered Agents Inc**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**100 Canal Pointe Blvd #212**<br>**Princeton, NJ 08540** | **National Registered Agents Inc**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**100 Canal Pointe Blvd #212**<br>**Princeton, NJ 08540** | **services** | | **638.00** |
| **AT&T Mobility**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**5565 Glenridge Connector**<br>**Atlanta, GA 31132** | **AT&T Mobility**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**5565 Glenridge Connector**<br>**Atlanta, GA 31132** | **services** | | **430.57** |
| **W.B Mason Co., Inc.**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**59 Centre St.**<br>**Brockton, MA 02303** | **W.B Mason Co., Inc.**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**59 Centre St.**<br>**Brockton, MA 02303** | **services** | | **410.14** |
| **AT&T**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**208 S. Akard St**<br>**Dallas, TX 75202** | **AT&T**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**208 S. Akard St**<br>**Dallas, TX 75202** | **services** | | **374.74** |
| **UPS**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**55 Glenlake Parkway NE**<br>**Atlanta, GA 30328** | **UPS**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**55 Glenlake Parkway NE**<br>**Atlanta, GA 30328** | **services** | | **211.30** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Petroleum & Franchise Capital, LLC**                                    Case No. _____

                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ExxonMobile**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**5959 Las Colinas Blvd.**<br>**Irving, TX 75039-2298** | **ExxonMobile**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**5959 Las Colinas Blvd.**<br>**Irving, TX 75039-2298** | **services** | | **184.86** |
| **Avaya, Inc.**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**14400 Hertz Quail Spring Pkwy**<br>**Oklahoma City, OK 73134** | **Avaya, Inc.**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**14400 Hertz Quail Spring Pkwy**<br>**Oklahoma City, OK 73134** | **services** | | **154.31** |
| **The Service Bureau**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**422 East 39th Street**<br>**Ogden, UT 84403** | **The Service Bureau**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**422 East 39th Street**<br>**Ogden, UT 84403** | **services** | | **60.00** |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **June 23, 2010**                            Signature    **/s/ Kenneth Siranko**
                                                                  **Kenneth Siranko**
                                                                  **Authorized Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re    **Petroleum & Franchise Capital, LLC**                          Case No.
                                    Debtor(s)                 Chapter        **11**


# VERIFICATION OF CREDITOR MATRIX


I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.


Date:    **June 23, 2010**                          **/s/ Kenneth Siranko**
                                          **Kenneth Siranko**/**Authorized Officer**
                                          Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com                          Best Case Bankruptcy

Internal Revenue Services
Department of the Treasury
11601 Roosevelt Blvd.
PO Box 21126
Philadelphia, PA 19114-0326


State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


Anthem Blue Cross Blue Shield
Attn Pres, Gen Ptnr or Mng Mmb
370 Bassett Rd
North Haven, CT 06473


AT&T
Attn Pres, Gen Ptnr or Mng Mmb
208 S. Akard St
Dallas, TX 75202


AT&T Mobility
Attn Pres, Gen Ptnr or Mng Mmb
5565 Glenridge Connector
Atlanta, GA 31132


Autobahn Funding Company, LLC
Attn Managing Member and
and Christopher Tucker
609 Fifth Avenue
New York, NY 10017


Avaya, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
14400 Hertz Quail Spring Pkwy
Oklahoma City, OK 73134


Brown & Brown of Garden City
Attn Pres, Gen Ptnr or Mng Mmb
595 Stewart Avenue
Garden City, NY 11530


Buchalter Nemer
Attn Craig C. Chiang, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105

Clark Hill PLC
Attn Pres, Gen Ptnr or Mng Mmb
150 N. Michigan Avenue
Suite 2700
Chicago, IL 60601


Day Pitney, LLP
Attn Ronald S. Beacher
7 Times Square
New York, NY 10036-7311


DZ Bank AG Deutsche Zentral-
Genossenschaftsbank,Frankfurt
Attn: Daniel Marino
609 Fifth Avenue
New York, NY 10017


ExxonMobile
Attn Pres, Gen Ptnr or Mng Mmb
5959 Las Colinas Blvd.
Irving, TX 75039-2298


Lease Team
Attn Pres, Gen Ptnr or Mng Mmb
4139 S. 143rd Circle
Omaha, NE 68137


Lyon Financial Services, Inc.
(dba US Bank Portfolio)
Attn Joe Andries and Pres
1310 Madrid Street
Marshall, MN 56258


Meinzer & Babineaux
Attn Pres, Gen Ptnr or Mng Mmb
9190 Wicker Avenue
PO Box 111
Saint John, IN 46373


National Registered Agents Inc
Attn Pres, Gen Ptnr or Mng Mmb
100 Canal Pointe Blvd #212
Princeton, NJ 08540

O'Neil Cannon Hollman DeJong S
Attn Pres, Gen Ptnr or Mng Mmb
111 East Wisconsin Avenue
Suite 1400
Milwaukee, WI 53202


Old Gate Consulting, LLC
Attn Bart Henderson
2 Old Gate Lane
Newtown, CT 06470


Petroleum & Franchise Funding
33 Mill Plain Road
Danbury, CT 06811


Plunkett Cooney
Attn Keith Peterson, Esq.
950 Trade Centre Way, Ste 310
Portage, MI 49002


Sidley Austin, LLP
Attn T.J. Gordon
787 Seventh Avenue
New York, NY 10019


Stanley A. Berg
24 Red Roof Drive
Port Chester, NY 10573


The Hartford
Attn Pres, Gen Ptnr or Mng Mmb
301 Woods Park Drive
Clinton, NY 13323


The Service Bureau
Attn Pres, Gen Ptnr or Mng Mmb
422 East 39th Street
Ogden, UT 84403


UPS
Attn Pres, Gen Ptnr or Mng Mmb
55 Glenlake Parkway NE
Atlanta, GA 30328

US Bank National Association
Attn Pres, GP or Mang Membr
1133 Rankin Street, Suite 100
Saint Paul, MN 55116


US Bank National Association
Attn Structured Finance/
Petroleum & Franchise Funding
60 Livingston, EP-MN-WS3D
Saint Paul, MN 55107


W.B Mason Co., Inc.
Attn Pres, Gen Ptnr or Mng Mmb
59 Centre St.
Brockton, MA 02303

# United States Bankruptcy Court
### District of Connecticut

In re   **Petroleum & Franchise Capital, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Petroleum & Franchise Capital, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Questech Financial, LLC**
**Attn: Stanley A. Moskowitz**

☐ None [*Check if applicable*]

**June 23, 2010**

Date

**/s/ James Berman**

**James Berman ct06027 and Craig I. Lifland ct00976**

Signature of Attorney or Litigant
Counsel for   **Petroleum & Franchise Capital, LLC**

**Zeisler & Zeisler, P.C.**
**558 Clinton Avenue**
**Bridgeport, CT 06605**
**(203) 368-4234 Fax:(203) 367-9678**