

MERITAS LAW FIRMS WORLDWIDE

**Thomas A. Gugliotti**
(t) 860.548.2661
(f) 860.548.2680
tgugliotti@uks.com

Certified in Business Bankruptcy
American Board of Certification

Via Internet Only

October 21, 2010

United States Bankruptcy Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Attn:  Renee Senteio, Courtroom Deputy

Re:  Petroleum & Franchise Capital
     Ch. 11 Case No. 10-51465 (Jointly Administered)
     October 26 Court Calendar;  Doc. # 124 (Disclosure Statement); Doc. # 13
     (Motion to use Cash Collateral)

Dear Ms. Senteio:

My office represents DZ Bank AG, et al. in the above referenced matter. In this case, the debtor has filed an Amended Disclosure Statement (#124) and a Motion to Use Cash Collateral (#13), both of which are scheduled for hearing on Tuesday, October 26.

Please kindly note, and bring to the attention of the Court, that we expect that each of these matters and the related responses by DZ Bank will require more than 10 minutes, and likely will take not more than 30 minutes time.

By copy of this letter we are also giving notice of this expectation to Debtor's counsel. Thank you for your kind attention in this matter.

Very truly yours,

Thomas A. Gugliotti

cc:  Lawrence Grossman, Esq.
     Craig Lifland, Esq.

**Updike, Kelly & Spellacy, P.C.**
578959-v1
100 Pearl Street ▪ PO Box 231277 ▪ Hartford, CT 06123  (t) 860.548.2600  (f) 860.548.2680  www.uks.com